**No. 67432.**—Venetianaire Corp. of America *v.* United States, protest 61/16281 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wooden shutters similar in all material respects to those the subject of *Frazer & Hansen* and *H. B. Thomas & Co. et al.* v. *United States* (47 Cust. Ct. 40, C.D. 2277), the claim of the plaintiff was sustained.